Liyong Li, Ph.D.
Xiaoming Wang
1144 Mount Whitney Street,
Livermore, CA 94551
Telephone: (925)245-0955 (h)
Telephone: (925)842-6359 (o)
Facsimile : (925)842-6283

E-filing    FILED
2007 JUL 17 AM 9:42

ADR

# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Liyong Li;<br>Xiaoming Wang;<br><br>　　　　Plaintiffs<br><br>vs.<br><br>*Michael Chertoff*, Secretary of the<br>Department of Homeland Security;<br>*Emilio T. Gonzalez*, Director of U.S.<br>Citizenship and Immigration Services;<br>*Robert S. Mueller*, III, Director of Federal<br>Bureau of Investigation;<br>*Christina Poulos*, Regional Director of<br>California Service Center, U. S. Citizenship<br>And Immigration Services;<br>*Alberto R. Gonzales*, United States<br>Attorney General<br><br>　　　　Defendants | ) Case No.<br>) **C07-03653** SBA<br>)<br>)<br>) **PETITION FOR HEARING ON**<br>) **NATURALIZATION APPLICATION**<br>) **UNDER 8 U.S.C. §1447(b)**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOW COME the Plaintiffs, Liyong Li and Xiaoming Wang, in the above-captioned matter, and hereby states as follows:

1. This action is brought for a hearing to decide Plaintiffs' naturalization applications due to Defendants' failure to adjudicate the applications within 120 days after the first examination in violation of the Immigration and Nationality Act ("INA") § 336(b) and 8 U.S.C. §1447(b).

1

## PARTIES

2. Plaintiffs Liyong Li and Xiaoming Wang are lawful permanent residents of the United States. Plaintiffs applied for naturalization to the United States and filed the N-400 applications. The applications were received by the United States Citizenship and Immigration Service (USCIS) on June 23, 2005. Plaintiffs' fingerprints were taken on July 20, 2005. Plaintiffs were interviewed for their naturalization applications and passed the tests of English and U.S. History and Government on Oct. 24, 2005. Defendants have failed to make a decision on the applications within 120 days after the examination.
3. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security (DHS), and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the DHS. 8 U.S.C. §1103(a); 8 C.F.R. §2.1.
4. Defendant Emilio T. Gonzalez is the Director of the USCIS, an agency within the DHS to whom the Secretary's authority has in part been delegated and is subject to the Secretary's supervision. Defendant Director is generally charged with the overall administration of benefits and immigration services. 8 C.F.R. §100.2(a).
5. Defendant Robert S. Mueller, III, is the Director of the Federal Bureau of Investigation (FBI), the law enforcement agency that conducts security clearances for other U.S. government agencies, such as the Department of State. As will be shown, Defendant has failed to complete the security clearance on Plaintiffs' cases.
6. Defendant Christina Poulos, Regional Director of California Service Center, is an official of the USCIS generally charged with supervisory authority over all operations of the USCIS within her Region with certain specific exceptions not relevant here. 8 C.F.R. §100.2(d)(2). As will be shown, Defendant Director is the official with whom Plaintiffs' naturalization applications remain pending.
7. Defendant Alberto R. Gonzales, Attorney General of the United States, is the head of the Department of Justice (DoJ) and chief law enforcement officer of the Federal Government. The FBI, responsible for Plaintiffs' security clearance, is a department component of the DoJ. Responsibility for the completion of applicants' security clearance was formally delegated from the Attorney General of the United States to the Director of the FBI or his designee. In addition, Defendant has the sole authority to naturalize persons as citizens of the Unite States. 8 U.S.C. §1421. This action is brought against Defendant in his official capacity.

## JURISDICTION

8. Jurisdiction in this case is proper under the INA §336(b) and 8 U.S.C. §1447(b). Relief is requested pursuant to said statutes.

## VENUE

9. Venue is proper in this court, pursuant to 8 U.S.C. §1447(b), in that Plaintiffs may request a hearing on the matter in the District where Plaintiffs reside.

## CAUSE OF ACTION

10. Plaintiffs are lawful permanent residents of the United States (INS: A#075683281 and A#075683303). Plaintiffs properly filed N-400 Applications for Naturalization with the U.S. Citizenship and Immigration Services in June, 2005. The USCIS acknowledged receipt of the application on June 23, 2005 and assigned an application number WSC001339938 and WSC001339939 (Exhibit 1).
11. Plaintiffs' fingerprints were submitted on July 20, 2005 to the INS Oakland Application Support Center located at 2040 Telegraph Ave., Oakland, CA 94612 (Exhibit 2).
12. Plaintiffs were interviewed at the USCIS Oakland Sub Office on Oct. 24, 2005 and passed the tests of English and U.S. history and government (Exhibit 3). But Plaintiffs were informed that their Applications are still pending for the completion of all necessary background checks.
13. Plaintiffs inquire the information about the status of their applications with USCIS 5 times and received replies from USCIS on Oct. 11, 2006, Feb. 01, 2007, and April 12, 2007, respectively. (Exhibit 4)
14. Plaintiffs authorized U.S. Senator Dianne Feinstein on May 21, 2005 to inquire information about the status of their applications with FBI and USCIS. (Exhibit 5). But all to no avail.
15. Plaintiffs' applications for naturalization have now remained un-adjudicated for more than 610 days from the date of examination.
16. Defendants have sufficient information to determine Plaintiffs' eligibility pursuant to applicable requirements and complete the processing procedures.
17. Defendants, in violation of 8 U.S.C. § 1446, have failed to make a determination on Plaintiffs' naturalization applications within the 120-day period after the date of examination.

## PRAYER

18. WHEREFORE, in view of the arguments and authority noted herein, Plaintiffs respectfully pray that the Defendants be cited to appear herein and that, upon due

considerations, the Court enter an order adjudicating the naturalization applications. In the alternative, the Court may remand requiring Defendants to immediately adjudicate Plaintiffs' naturalization applications. In addition, Plaintiffs request an award of reasonable Plaintiffs' costs including filing fees and service of process fees and such other relief at law and in equity as justice may require.

Dated: July 16, 2007						Respectfully submitted,

*[signature]*
Liyong Li, Ph.D.

*[signature]*
Xiaoming Wang

Plaintiffs

## LIST of ATTACHMENTS

| Exhibit | Description |
|---|---|
| 1. | USCIS form I-797C acknowledging receipt of Plaintiffs' N-400 naturalization applications on June 23, 2005 |
| 2. | USCIS form I-797C acknowledging processing of Plaintiffs' fingerprints on July 20, 2005. |
| 3. | USCIS form N-652 showing that the Plaintiffs passed the Naturalization Interview on Oct. 24, 2005 |
| 4. | Letters from USCIS on Oct. 11, 2006, Feb. 01, 2007, and April 12, 2007, respectively. |
| 5. | Plaintiffs' authorization to Senator Dianne Feinstein on May 21, 2007 to inquiry about the status of Plaintiffs' naturalization applications |

Department of Justice
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt | | | NOTICE DATE |
| --- | --- | --- | --- |
| CASE TYPE | | | July 01, 2005 |
| N400    Application For Naturalization | | | INS A# |
| | | | A 075 683 281 |
| APPLICATION NUMBER | RECEIVED DATE | PRIORITY DATE | PAGE |
| WSC*001339938 | June 23, 2005 | June 23, 2005 | 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

LIYONG LI
1144 MOUNT WHITNEY ST
LIVERMORE CA  94551

PAYMENT INFORMATION:

Single Application Fee:     $390.00
Total Amount Received:   $390.00
Total Balance Due:            $0.00

|I||I||II|II|II||II|II||II||

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:             June 12, 1962
Address Where You Live:   1144 MOUNT WHITNEY ST
                          LIVERMORE CA 94551

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 460 days of this notice.

---

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

WSC$001436475    WSCG000060773



Form I-797C (Rev. 08/31/04) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

| Receipt | NOTICE DATE: July 01, 2005 |
|---|---|
| **CASE TYPE** N400 Application For Naturalization | **INS A#** A 075 683 303 |
| **APPLICATION NUMBER** WSC*001339939 | **RECEIVED DATE** June 23, 2005 | **PRIORITY DATE** June 23, 2005 | **PAGE** 1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**
XIAOMING WANG
1144 MOUNT WHITNEY ST
LIVERMORE CA 94551

**PAYMENT INFORMATION:**

Single Application Fee:     $390.00
Total Amount Received:    $390.00
Total Balance Due:              $0.00

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:            March 17, 1954
Address Where You Live:   1144 MOUNT WHITNEY ST
                          LIVERMORE CA 94551

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 460 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

WSC$001436476   WSCG000060773



Form I-797C (Rev. 08/31/04) N

**THE UNITED STATES OF AMERICA**

| Fingerprint Notification | | | NOTICE DATE |
| --- | --- | --- | --- |
| CASE TYPE  N400    Application For Naturalization | | | July 05, 2005 |
| | | | INS A# A 075 683 303 |
| APPLICATION NUMBER WSC*001339939 | RECEIVED DATE June 23, 2005 | PRIORITY DATE June 23, 2005 | PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

XIAOMING WANG
1144 MOUNT WHITNEY ST
LIVERMORE CA  94551

LIFT ASC PROCESSING STAMP
ASC SITE CODE: XFB
BIOMETRICS QA REVIEW BY:
ON
TENPRINTS QA REVIEW BY:
827260 ON 7/20/05

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| **APPLICATION SUPPORT CENTER** | **DATE AND TIME OF APPOINTMENT** |
| --- | --- |
| INS OAKLAND  2040 TELEGRAPH AVE.  OAKLAND CA 94612 | 07/20/2005  09:00 AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:    ☐ Wednesday afternoon    ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS OAKLAND
2040 TELEGRAPH AVE.
OAKLAND CA 94612

If you have any questions regarding this notice, please call 1-800-375-5283.    APPLICANT COPY

APPLICATION NUMBER
WSC*001339939

**WARNING!**
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

Form I-797C (Rev. 08/31/04) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

**THE UNITED STATES OF AMERICA**

| Fingerprint Notification | NOTICE DATE July 05, 2005 |
|---|---|
| CASE TYPE<br>N400    Application For Naturalization | INS A#<br>A 075 683 281 |
| APPLICATION NUMBER<br>WSC*001339938 | RECEIVED DATE<br>June 23, 2005 | PRIORITY DATE<br>June 22, 2005 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

LIYONG LI
1144 MOUNT WHITNEY ST
LIVERMORE CA 94551

ASC SITE CODE: XFB
BIOMETRICS QA REVIEW BY:
_____ ON _____
TENPRINTS QA REVIEW BY:
SZ7240 ON 7/20/05

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| **APPLICATION SUPPORT CENTER**<br>INS OAKLAND<br>2040 TELEGRAPH AVE.<br>OAKLAND CA 94612 | **DATE AND TIME OF APPOINTMENT**<br>07/20/2005<br>09:00 AM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

**REQUEST FOR RESCHEDULING**

Please reschedule my appointment for the next available:    ☐ Wednesday afternoon    ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS OAKLAND
2040 TELEGRAPH AVE.
OAKLAND CA 94612

If you have any questions regarding this notice, please call 1-800-375-5283.    APPLICANT COPY

APPLICATION NUMBER
WSC*001339938

**WARNING!**
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

Form I-797C (Rev. 08/31/04) N

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

## N-652, Naturalization Interview Results

A#: A075683303

On _____, you were interviewed by USCIS officer _Kite_

☑ You passed the tests of English and U.S. history and government.

☐ You passed the tests of U.S. history and government and the English language requirement was waived.

☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak/_____ read/_____ write _____ English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the intructions on Form N-14.

☑ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability/_____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) _____ **Congratulations! Your application has been recommended for approval.** At this time it appears that you have established your eligibility for naturlaization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) ✓ **A decision cannot yet be made about your application.**

It is very important that you:

☑ Notify USCIS if you change your address

☑ Come to any scheduled interview.

☑ Submit all requested documents.

☑ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#,) and a copy of this paper.

☑ Go to any Oath Ceremony that you are scheduled to attend.

☑ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

**NOTE:** Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

XIAOMING WANG
1144 MOUNT WHITNEY ST
LIVERMORE CA 94551

Form N-652 (Rev. 01/14/05)N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**N-652, Naturalization Interview Results**

A#: A075683281

On _____, you were interviewed by USCIS officer __Mute__

☑ You passed the tests of English and U.S. history and government.

☐ You passed the tests of U.S. history and government and the English language requirement was waived.

☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak/ _____ read/ _____ write _____ English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the intructions on Form N-14.

☑ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability/ _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) _____ **Congratulations! Your application has been recommended for approval.** At this time it appears that you have established your eligibility for naturlaization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) ☑ **A decision cannot yet be made about your application.**

It is very important that you:

☑ Notify USCIS if you change your address

☑ Come to any scheduled interview.

☑ Submit all requested documents.

☑ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#,) and a copy of this paper.

☑ Go to any Oath Ceremony that you are scheduled to attend.

☑ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

**NOTE:** Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

LIYONG LI
1144 MOUNT WHITNEY ST
LIVERMORE CA 94551

Form N-652 (Rev. 01/14/05)N

U.S. Department of Homeland Security
San Francisco, CA 94111



U.S. Citizenship
and Immigration
Services

XIAOMING WANG
1144 MOUNT WHITNEY ST
LIVERMORE, CA  94551

File No. A075-683-303
App Id:
Date: 10-11-06
Officer: db

Re: Pending N-400 for Background Check

    This is in response to your recent inquiry. A review of your application shows that your Form N-400, Application for Naturalization, is still pending for the completion of all necessary background checks. Unfortunately a decision on your application cannot be made until all required security checks have been completed. All cases pending for security checks are regularly reviewed for any new cases that have cleared.

We apologize for the delay and request your cooperation and patience in waiting for these important checks to be completed. Please refer to the attached Immigration Fact Sheet for additional information on the importance of security background checks.

Any future inquiries for cases pending outside normal processing times should be directed to the National Customer Service Center at 1-800-375-5283.

Thank you.

    U.S. Citizenship and Immigration Services
    630 Sansome Street
    San Francisco CA 94111

U.S. Department of Homeland Security
San Francisco, CA 94111



U.S. Citizenship
and Immigration
Services

LIYONG LI

1144 MOUNT WHITNEY ST

LIVERMORE, CA   94551

File No. A075-683-281

App Id:

Date: 10-11-06

Officer: db

Re: Pending N-400 for Background Check

    This is in response to your recent inquiry. A review of your application shows that your Form N-400, Application for Naturalization, is still pending for the completion of all necessary background checks. Unfortunately a decision on your application cannot be made until all required security checks have been completed. All cases pending for security checks are regularly reviewed for any new cases that have cleared.

We apologize for the delay and request your cooperation and patience in waiting for these important checks to be completed. Please refer to the attached Immigration Fact Sheet for additional information on the importance of security background checks.

Any future inquiries for cases pending outside normal processing times should be directed to the National Customer Service Center at 1-800-375-5283.

Thank you.

    U.S. Citizenship and Immigration Services
    630 Sansome Street
    San Francisco CA 94111

U.S. Department of Homeland Security
San Francisco, CA 94111



**U.S. Citizenship and Immigration Services**

LIYONG LI  
1144 MOUNT WHITNEY STREET  
LIVERMORE, CA 94551

File No. A075 683 281  
App Id:  
Date: 02-01-07  
Officer: JH

Re: Pending N-400 for Background Check

    This is in response to your recent inquiry. A review of your application shows that your Form N-400, Application for Naturalization, is still pending for the completion of all necessary background checks. Unfortunately a decision on your application cannot be made until all required security checks have been completed. All cases pending for security checks are regularly reviewed for any new cases that have cleared.

We apologize for the delay and request your cooperation and patience in waiting for these important checks to be completed.

Any future inquiries for cases pending outside normal processing times should be directed to the National Customer Service Center at 1-800-375-5283.

Thank you.

    U.S. Citizenship and Immigration Services  
    630 Sansome Street  
    San Francisco CA 94111

www.dhs.gov

U.S. Department of Homeland Security
San Francisco, CA 94111



U.S. Citizenship
and Immigration
Services

XIAOMING WANG

1144 MOUNT WHITNEY STREET

LIVERMORE, CA 94551

File No. A075 683 303

App Id:

Date: 02-01-07

Officer: jh

Re: Pending N-400 for Background Check

    This is in response to your recent inquiry. A review of your application shows that your Form N-400, Application for Naturalization, is still pending for the completion of all necessary background checks. Unfortunately a decision on your application cannot be made until all required security checks have been completed. All cases pending for security checks are regularly reviewed for any new cases that have cleared.

We apologize for the delay and request your cooperation and patience in waiting for these important checks to be completed.

Any future inquiries for cases pending outside normal processing times should be directed to the National Customer Service Center at 1-800-375-5283.

Thank you.

    U.S. Citizenship and Immigration Services
    630 Sansome Street
    San Francisco CA 94111

U.S. Department of Homeland Security
San Francisco, CA 94111



U.S. Citizenship
and Immigration
Services

LIYONG LI  
1144 MOUNT WHITNEY ST.  
LIVERMORE, CA 94551

File No. A 75 683 281  
App Id:  
Date: 4/12/2007  
Officer:

Re: Pending N-400 for Background Check

      This is in response to your recent inquiry. A review of your application shows that your Form N-400, Application for Naturalization, is still pending for the completion of all necessary background checks. Unfortunately a decision on your application cannot be made until all required security checks have been completed. All cases pending for security checks are regularly reviewed for any new cases that have cleared.

We apologize for the delay and request your cooperation and patience in waiting for these important checks to be completed.

Any future inquiries for cases pending outside normal processing times should be directed to the National Customer Service Center at 1-800-375-5283.

Thank you.

      U.S. Citizenship and Immigration Services  
      630 Sansome Street  
      San Francisco CA 94111

www.dhs.gov

U.S. Department of Homeland Security
San Francisco, CA 94111



U.S. Citizenship
and Immigration
Services

XIAOMING WANG

1144 MOUNT WHITNEY ST.

LIVERMORE, CA 94551

File No. A 75 683 303

App Id:

Date: 4/12/2007

Officer:

Re: Pending N-400 for Background Check

    This is in response to your recent inquiry. A review of your application shows that your Form N-400, Application for Naturalization, is still pending for the completion of all necessary background checks. Unfortunately a decision on your application cannot be made until all required security checks have been completed. All cases pending for security checks are regularly reviewed for any new cases that have cleared.

We apologize for the delay and request your cooperation and patience in waiting for these important checks to be completed.

Any future inquiries for cases pending outside normal processing times should be directed to the National Customer Service Center at 1-800-375-5283.

Thank you.

    U.S. Citizenship and Immigration Services
    630 Sansome Street
    San Francisco CA 94111

DIANNE FEINSTEIN
CALIFORNIA

COMMITTEE ON APPROPRIATIONS
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND
ADMINISTRATION—CHAIRMAN
SELECT COMMITTEE ON INTELLIGENCE

# United States Senate
WASHINGTON, DC 20510-0504
http://feinstein.senate.gov

June 29, 2007

Xiaoming Wang
1144 Mount Whitney St
Livermore, California 94551

Dear Xiaoming:

    Thank you for contacting my office regarding your concerns with the status of your name check. I appreciate your bringing this to my attention and giving me an opportunity to see if my office can be of assistance.

    I have asked Morgan Galli in my San Francisco office to assist you. Ms. Galli has contacted the Federal Bureau of Investigation on your behalf. You will hear back from my office when a response is received from the agency, which usually takes eight to ten weeks.

    Again, thank you for contacting me. My San Francisco staff will do all they can to help you.

Sincerely,

Dianne Feinstein
United States Senator

DF:mg

FRESNO OFFICE:
2500 Tulare Street
Suite 4290
Fresno, CA 93721
(559) 485-7430

LOS ANGELES OFFICE:
11111 Santa Monica Boulevard
Suite 915
Los Angeles, CA 90025
(310) 914-7300

SAN DIEGO OFFICE:
750 B Street
Suite 1030
San Diego, CA 92101
(619) 231-9712

SAN FRANCISCO OFFICE:
One Post Street
Suite 2450
San Francisco, CA 94104
(415) 393-0707

DIANNE FEINSTEIN
CALIFORNIA

COMMITTEE ON APPROPRIATIONS
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND
ADMINISTRATION—CHAIRMAN
SELECT COMMITTEE ON INTELLIGENCE

# United States Senate

WASHINGTON, DC 20510-0504
http://feinstein.senate.gov

June 29, 2007

Liyong Li
1144 Mount Whitney St
Livermore, California 94551

Dear Liyong:

    Thank you for contacting my office regarding your concerns with the status of your name check. I appreciate your bringing this to my attention and giving me an opportunity to see if my office can be of assistance.

    I have asked Morgan Galli in my San Francisco office to assist you. Ms. Galli has contacted the Federal Bureau of Investigation on your behalf. You will hear back from my office when a response is received from the agency, which usually takes eight to ten weeks.

    Again, thank you for contacting me. My San Francisco staff will do all they can to help you.

Sincerely,

Dianne Feinstein
United States Senator

DF:mg

FRESNO OFFICE:
2500 Tulare Street
Suite 4290
Fresno, CA 93721
(559) 485-7430

LOS ANGELES OFFICE:
11111 Santa Monica Boulevard
Suite 915
Los Angeles, CA 90025
(310) 914-7300

SAN DIEGO OFFICE:
750 B Street
Suite 1030
San Diego, CA 92101
(619) 231-9712

SAN FRANCISCO OFFICE:
One Post Street
Suite 2450
San Francisco, CA 94104
(415) 393-0707