**Liyong Li, Ph.D.**
**Xiaoming Wang**
**1144 Mount Whitney Street,**
**Livermore, CA 94551**
Telephone: (925)245-0955 (h)
Telephone: (925)842-6359 (o)
Facsimile : (925)842-6283
*Pro se*

**FILED**

AUG - 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIYONG LI and XIAOMING WANG; | ) Case No. C07-03653 SBA; |
| Plaintiffs | ) |
| vs. | ) **PETITION FOR HEARING ON** |
| | ) **NATURALIZATION APPLICATION** |
| | ) **UNDER 8 U.S.C. §1447(b)** |
| MICHAEL, CHERTOFF Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of U.S. Citizenship and Immigration Services; ROBERT S. MUELLER III, Director of Federal Bureau of Investigation; CHRISTINA POULOS, Regional Director of California Service Center, U. S. Citizenship And Immigration Services; ALBERTO R. GONZALES, United States Attorney General | ) ) ) ) ) ) ) ) ) ) |
| Defendants | ) |

N/C

Certificate of Service

DATED: AUGUST 02, 2007

1



**Liyong Li, Ph.D.**
**Xiaoming Wang**
**1144 Mount Whitney Street,**
**Livermore, CA 94551**
Telephone: (925)245-0955 (h)
Telephone: (925)842-6359 (o)
Facsimile : (925)842-6283

E-filing

## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Liyong Li;<br>Xiaoming Wang;<br><br>        Plaintiffs<br><br>vs.<br><br>*Michael Chertoff*, Secretary of the<br>Department of Homeland Security;<br>*Emilio T. Gonzalez*, Director of U.S.<br>Citizenship and Immigration Services;<br>*Robert S. Mueller*, III, Director of Federal<br>Bureau of Investigation;<br>*Christina Poulos*, Regional Director of<br>California Service Center, U. S. Citizenship<br>And Immigration Services;<br>*Alberto R. Gonzales*, United States<br>Attorney General<br><br>        Defendants | ) Case No.<br>)<br>)  C07 03653<br>)<br>)<br>) **PETITION FOR HEARING ON**<br>) **NATURALIZATION APPLICATION**<br>) **UNDER 8 U.S.C. §1447(b)**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOW COME the Plaintiffs, Liyong Li and Xiaoming Wang, in the above-captioned matter, and hereby states as follows:

1. This action is brought for a hearing to decide Plaintiffs' naturalization applications due to Defendants' failure to adjudicate the applications within 120 days after the first examination in violation of the Immigration and Nationality Act ("INA") § 336(b) and 8 U.S.C. §1447(b).

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: July 23, 2007

Name of SERVER: Wei Liu

TITLE: Scientist

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served by sending a certified mail on 7/17/2007 US attorney office 1301 Clay St. Oakland, CA 94612-5212   Tracking # 7007-0710-0004-6102 - 0304

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | $4.13 | $4.13 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 23, 2007

Signature of Server

Wei Liu
6001 Bollinger Canyon Rd, D1045
SAN RAMON, CA 94583

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: July 23, 2007

Name of SERVER: Wei Liu

TITLE: Scientist

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served by sending a certified mail to the following address: michael chertoff on July 17, 2007
Secretary of the DHS
Office of the General Counsel
U.S. Dept of Homeland Security
Washington, DC. 20528

Tracking #
7007-070-0004-6101-5072

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | $4.13 | $4.13 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 23, 2007
Date

Signature of Server

6001 Bollinger CYN Rd, D1045
Address of Server
San Ramon, CA 94583

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | | DATE July 23, 2007 |
| Name of SERVER Wei Liu | | TITLE Scientist |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served by sending a certified mail to the following address by USPS on July 17, 2007 Alberto Gonzales US Dept of Justice 950 Pennsylvania Ave, NW Washington D.C. 20530-0001
Tracking # 7007-0710-0004-6101-5089

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $4.13 | $4.13 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   July 23, 2007
            Date

Signature of Server

6001 Bollinger Cyn Rd, D1045
Address of Server
San Ramon, CA 94583

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | | DATE July 23, 2007 |
| Name of SERVER Wei Liu | | TITLE Scientist |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served by sending a certified mail on July 17, 2007
Emilio T. Gonzalez                    20 Massachusetts Ave, N.W.
Director of USCIS                     Room 4025
Office of the Chief Counsel           Washington D.C. 20536
USCIS                                 Tracking# 7007-0710-0004-6101-5096

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $4.13 | TOTAL $4.13 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 23, 2007
             Date                                    Signature of Server

                                                     Wei Liu
                                                     600 Bollinger Canyon Rd, D1045
                                                     SAN RAMON, CA 94583

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: July 23, 2007

Name of SERVER: Wei Liu

TITLE: Scientist

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served by sending a certified mail to the recipient on 7/17/07 Christina Poulos Director of California Service Center USCIS 24000 Avila Rd, 2d Floor Rm 230 USCIS, Laguna Niguel, CA 92656

Tracking # 7007-0710-000_-6101-5102

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        | $4.13    | $4.13 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 23, 2007

Signature of Server

Wei Liu
Address of Server: 6001 Bollinger Canyon Rd, D1045
SAN RAMON, CA 94583

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | | DATE July 23, 2007 |
| Name of SERVER Wei Liu | | TITLE Scientist |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served by sending a certified Mail on 7/17/2007
Robert S. Mueller, III    Tracking #
Director of FBI              7007-0710-0004-6101-5065
J. Edgar Hoover Building
935 Pennsylvania Ave, NW Washington D.C. 20535-0001

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $4.13 | $4.13 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 23, 2007
                    Date

Signature of Server

Wei Liu
Address of Server: 6001 Bollinger Canyon Rd, D1045
SAN RAMON, CA 94583

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



### Track & Confirm

Michael Chertoff

**Search Results**

Label/Receipt Number: **7007 0710 0004 6101 5072**
Status: **Delivered**

Your item was delivered at 7:34 AM on July 23, 2007 in WASHINGTON, DC 20528.

( Additional Details > ) ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

---

POSTAL INSPECTORS　　site map　contact us　government services　jobs　**National & Premier Accounts**
Preserving the Trust　　　　Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



Emilio T. Gonzales

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 0710 0004 6101 5096**
Status: **Delivered**

Your item was delivered at 8:06 AM on July 23, 2007 in WASHINGTON, DC 20536.

**Track & Confirm**
Enter Label/Receipt Number.

( Additional Details > )  ( Return to USPS.com Home > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

POSTAL INSPECTORS          site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust          Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



Robert Mueller

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 0710 0004 6101 5065**
Status: **Delivered**

Your item was delivered at 3:32 AM on July 23, 2007 in WASHINGTON, DC 20535.

[ Additional Details > ]  [ Return to USPS.com Home > ]

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

POSTAL INSPECTORS   site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust           Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



Home | Help

Track & Confirm

## Track & Confirm

Christina Poulos

### Search Results

Label/Receipt Number: **7007 0710 0004 6101 5102**
Status: **Arrival at Unit**

Your item arrived at 10:15 AM on July 22, 2007 in LAGUNA NIGUEL, CA 92607. Information, if available, is updated every evening. Please check again later.

**Track & Confirm**
Enter Label/Receipt Number.

( Additional Details > )  ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

POSTAL INSPECTORS     site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust              Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



Home | Help

**Track & Confirm**

# Track & Confirm

Alberto R. Gonzales

## Search Results

Label/Receipt Number: **7007 0710 0004 6101 5089**
Status: **Delivered**

Your item was delivered at 4:37 AM on July 23, 2007 in WASHINGTON, DC 20530.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust            Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



# Track & Confirm

U.S. Attorney

## Search Results

Label/Receipt Number: **7007 0710 0004 6102 0304**
Status: **Delivered**

Your item was delivered at 11:47 AM on July 18, 2007 in OAKLAND, CA 94612.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



INSPECTED BY
U.S. MARSHALS SERVICE

Wes Uku
Plaids
6001 Bollinger Canyon Rd.
San Ramon, CA 94583

Office of the Clerk,
U.S. District Court
Northern District of California
1301 Clay Street, Suite 400 S
Oakland, CA 94612-5212