Liyong Li, Ph.D.
Xiaoming Wang
1144 Mount Whitney Street
Livermore, CA 94551
Telephone: (925)245-0955 (h)
Telephone: (925)842-6359 (o)
Facsimile : (925)842-6283

FILED
AUG - 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

LIYONG LI and XIAOMING WANG,
    Plaintiffs,
v.
MICHAEL CHERTOFF et al,
    Defendant.
_____/

Case Number: CV07-03653 SBA

REPLY to the CLERK'S NOTICE dated on 07/18/2007

Dear Richard W. Wieking,

Plaintiffs, Liyong Li and Xiaoming Wang, would like to clarify that we are Pro Se or self-represented in this case. We do not have counsel. Thus, could you please correct from "Counsel of the plaintiff" to Pro Se in this case, CV07-03653 SBA.

Plaintiffs, Liyong Li and Xiaoming Wang, request an on-site court hearing instead of a telephone conference call on October 24, 2007, at 2:30 p.m.

If an on-site court hearing on October 24, 2007, at 2:30 p.m. is not an option, please provide detailed instructions for setting up the conference call, with all the parties on the line.

Dated: August 01, 2007.

Plaintiffs

*[signatures]*
Liyong Li and Xiaoming Wang

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL
FILED
JUL 1 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

LIYONG LI,

    Plaintiff,

v.

MICHAEL CHERTOFF,

    Defendant.

No. C 07-03653 SBA

**CLERK'S NOTICE**

Counsel for the plaintiff is directed to serve a copy of this Notice upon any other party in this action not enrolled in the e-filing program. Following service, Counsel shall file a certificate of service with the Clerk of the Court.

    YOU ARE HEREBY NOTIFIED THAT the Case Management Conference set for , October 24, 2007, has been moved to, October 24, 2007, at 2:30 p.m., via telephone.

    Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559.

    (NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.)

    Counsel shall file a Joint Case Management Conference Statement 10 days in advance of the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.

Dated: 7/18/07

FOR THE COURT,

Richard W. Wieking, Clerk

By: s/Lisa R. Clark
       Courtroom Deputy





Xiaoming Wang
1144 Mount Whitney St
Livermore, CA 94551-8743

Office of the
Northern D
1301 Clay
Oakland

INSPECTED BY
U.S. MARSHALS SERVICE
FIRST-CLASS