1  SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2  JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3  Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6  Telephone: (415) 436-6730
FAX: (415) 436-6927

7
Attorneys for Defendants
8

9  UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA

11  OAKLAND DIVISION

| | |
|---|---|
| 12  LIYONG LI,<br>XIAOMING WANG,<br>13 | No. C 07-3653 SBA |
| Plaintiffs, | |
| 14 | **STIPULATION TO EXTEND DATES and** |
| v. | **[PROPOSED] ORDER** |
| 15 | |
| MICHAEL CHERTOFF, Secretary of the<br>16  Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director of U.S.<br>17  Citizenship and Immigration Services;<br>ROBERT S. MUELLER, III, Director of Federal<br>18  Bureau of Investigation;<br>CHRISTINA POULOS, Regional Director of<br>19  California Service Center, U.S. Citizenship and<br>Immigration Services;<br>20  ALBERTO R. GONZALES, United States<br>Attorney General,<br>21 | |
| Defendants.<br>22 | |

23    The plaintiffs, appearing *pro se*, and defendants by and through their attorneys of record, hereby

24  stipulate, subject to the approval of the Court, to the following:

25    1.  Plaintiff filed this action on or about July 17, 2007.   The Defendants' response is due on

26  September 17, 2007.

27    2.  Pursuant to this Court's July 17, 2007 Order Setting the Case Management Conference, the

28  parties are required to file a joint case management statement on October 17, 2007, and attend a

Stipulation to Extend Dates
C07-3653 SBA                                1

1    case management conference on October 24, 2007.

2         3.  In order to allow sufficient time for Defendants to consider an alternative resolution to this

3    case and/or Answer and prepare a joint case management statement, the parties hereby respectfully

4    ask this Court to extend the dates in the Court's scheduling order as follows:

5         Defendants' Response:                                October 17, 2007

6         Last day to file Joint ADR Certification:            November 7, 2007

7         Last day to file/serve Joint Case Management Statement:    November 21, 2007

8         Case Management Conference:                          November 28, 2007, at

9    Date: September 17, 2007                    Respectfully submitted,

10                                              SCOTT N. SCHOOLS
                                                United States Attorney

11

12                                              _____/s/_____
                                                MELANIE L. PROCTOR

13                                              Assistant United States Attorney
                                                Attorneys for Defendants

14

15                                              _____/s/ /s/_____

16   Date: September 16, 2007                   LIYONG LI
                                                XIAOMING WANG

17                                              *Pro se*

18                                              **ORDER**

19         Pursuant to stipulation, IT IS SO ORDERED.

20

21   Date:                                      _____
                                                SAUNDRA B. ARMSTRONG

22                                              United States District Judge

23

24

25

26

27

28

Stipulation to Extend Dates
C07-3653 SBA                         2