SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

　450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LIYONG LI,<br>XIAOMING WANG,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>MICHAEL CHERTOFF, Secretary of the<br>Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director of U.S.<br>Citizenship and Immigration Services;<br>ROBERT S. MUELLER, III, Director of Federal<br>Bureau of Investigation;<br>CHRISTINA POULOS, Regional Director of<br>California Service Center, U.S. Citizenship and<br>Immigration Services;<br>ALBERTO R. GONZALES, United States<br>Attorney General,<br><br>　　　　Defendants. | No. C 07-3653 SBA<br><br>**STIPULATION TO EXTEND DATES and ORDER** |

The plaintiffs, appearing *pro se*, and defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about July 17, 2007.  The Defendants' response is due on September 17, 2007.

2. Pursuant to this Court's July 17, 2007 Order Setting the Case Management Conference, the parties are required to file a joint case management statement on October 17, 2007, and attend a

Stipulation to Extend Dates
C07-3653 SBA                              1

1    case management conference on October 24, 2007.

2        3.  In order to allow sufficient time for Defendants to consider an alternative resolution to this

3    case and/or Answer and prepare a joint case management statement, the parties hereby respectfully

4    ask this Court to extend the dates in the Court's scheduling order as follows:

5        Defendants' Response:                              October 17, 2007

6        Last day to file Joint ADR Certification:          November 7, 2007

7        Last day to file/serve Joint Case Management Statement:    November 21, 2007

8        Case Management Conference:                        November 28, 2007, at 3:45 P.M.
                                                            via telephone.

9    Date: September 17, 2007                    Respectfully submitted,

10                                               SCOTT N. SCHOOLS
11                                               United States Attorney

12                                               _____
13                                                          /s/
                                                 MELANIE L. PROCTOR
                                                 Assistant United States Attorney
14                                               Attorneys for Defendants

15

16                                               _____
                                                          /s/ /s/
     Date: September 16, 2007                    LIYONG LI
17                                               XIAOMING WANG
                                                 *Pro se*
18

19                               **ORDER**

20        Pursuant to stipulation, IT IS SO ORDERED.

21
     Date:  9/20/07                              *Saundra B Armstrong*
22                                               SAUNDRA B. ARMSTRONG
                                                 United States District Judge
23

24

25

26

27

28

     Stipulation to Extend Dates
     C07-3653 SBA                      2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LIYONG LI et al,

        Plaintiff,

  v.

MICHAEL CHERTOFF et al,

        Defendant.
_____/

Case Number: CV07-03653 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 20, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Liyong  Li
1144 Mount Whitney Street
Livermore,  CA 94551

Xiaoming  Wang
1144 Mount Whitney Street
Livermore,  CA 94551

Dated: September 20, 2007

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

Stipulation to Extend Dates
C07-3653 SBA          3

1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                  OAKLAND DIVISION

12 LIYONG LI,                          )
   XIAOMING WANG,                      )   No. C 07-3653 SBA
13                                     )
              Plaintiffs,              )
14                                     )   **STIPULATION TO EXTEND DATES and**
         v.                            )   **ORDER**
15                                     )
   MICHAEL CHERTOFF, Secretary of the  )
16 Department of Homeland Security;    )
   EMILIO T. GONZALEZ, Director of U.S.)
17 Citizenship and Immigration Services; )
   ROBERT S. MUELLER, III, Director of Federal )
18 Bureau of Investigation;            )
   CHRISTINA POULOS, Regional Director of )
19 California Service Center, U.S. Citizenship and )
   Immigration Services;              )
20 ALBERTO R. GONZALES, United States  )
   Attorney General,                   )
21                                     )
              Defendants.              )
22 _____)

23      The plaintiffs, appearing *pro se*, and defendants by and through their attorneys of record, hereby

24 stipulate, subject to the approval of the Court, to the following:

25      1.  Plaintiff filed this action on or about July 17, 2007.  The Defendants' response is due on

26 September 17, 2007.

27      2.  Pursuant to this Court's July 17, 2007 Order Setting the Case Management Conference, the

28 parties are required to file a joint case management statement on October 17, 2007, and attend a

1    case management conference on October 24, 2007.

2        3. In order to allow sufficient time for Defendants to consider an alternative resolution to this

3    case and/or Answer and prepare a joint case management statement, the parties hereby respectfully

4    ask this Court to extend the dates in the Court's scheduling order as follows:

5        Defendants' Response:                              October 17, 2007

6        Last day to file Joint ADR Certification:          November 7, 2007

7        Last day to file/serve Joint Case Management Statement:    November 21, 2007

8        Case Management Conference:                        November 28, 2007, at 3:45 P.M.
                                                            via telephone.

9    Date: September 17, 2007                Respectfully submitted,

10                                            SCOTT N. SCHOOLS
11                                            United States Attorney

12                                            _____/s/_____
13                                            MELANIE L. PROCTOR
                                              Assistant United States Attorney
14                                            Attorneys for Defendants

15

16                                            _____/s/ /s/_____
     Date: September 16, 2007                LIYONG LI
17                                            XIAOMING WANG
                                              *Pro se*
18

19                        **ORDER**

20        Pursuant to stipulation, IT IS SO ORDERED.

21
     Date:  9/20/07                          *Saundra B Armstrong*
22                                            SAUNDRA B. ARMSTRONG
                                              United States District Judge
23

24

25

26

27

28

Stipulation to Extend Dates
C07-3653 SBA                        2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LIYONG LI et al,

       Plaintiff,

  v.

MICHAEL CHERTOFF et al,

       Defendant.
_____/

Case Number: CV07-03653 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 20, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Liyong  Li
1144 Mount Whitney Street
Livermore,  CA 94551

Xiaoming  Wang
1144 Mount Whitney Street
Livermore,  CA 94551

Dated: September 20, 2007

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

Stipulation to Extend Dates
C07-3653 SBA               3