```
SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LIYONG LI and XIAOMING WANG,<br><br>    Plaintiffs,<br><br> v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, III, Director of Federal Bureau of Investigation; CHRISTINA POULOS, Regional Director of California Service Center, U.S. Citizenship and Immigration Services; PETER D. KEISLER, United States Attorney General,<br><br>    Defendants | No. C 07-3653 SBA<br><br>JOINT REQUEST FOR EXEMPTION FROM THE FORMAL ADR PROCESS |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

///

ADR CERTIFICATION
No. C 07-3653 SBA    1

Here, the parties agree that referral to a formal ADR process will not be beneficial because this action is limited to Plaintiffs' request for a hearing on their naturalization applications. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: November 6, 2007						Respectfully submitted,

								SCOTT N. SCHOOLS
								United States Attorney


								_____/s/_____
								MELANIE L. PROCTOR[1]
								Assistant United States Attorney
								Attorneys for Defendants


Dated: November 5, 2007						_____/s/_____
								LIYONG LI
								Pro Se


								_____/s/_____
								XIAOMING WANG
								Pro Se

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date:								_____
								SAUNDRA B. ARMSTRONG
								United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

ADR CERTIFICATION
No. C 07-3653 SBA					2