SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LIYONG LI and XIAOMING WANG, <br> Plaintiffs, <br> v. <br> MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, III, Director of Federal Bureau of Investigation; CHRISTINA POULOS, Regional Director of California Service Center, U.S. Citizenship and Immigration Services; PETER D. KEISLER, United States Attorney General, <br> Defendants | No. C 07-3653 SBA <br><br> JOINT CASE MANAGEMENT STATEMENT |

The parties hereby submit the Joint Case Management Statement. The parties respectfully ask the Court to adopt the Statement without need for a Case Management Conference.

1. Jurisdiction and Service: There are no issues concerning personal jurisdiction or venue. Plaintiffs brought this Complaint under 8 U.S.C. §1447(b). All parties have been served.

2. Facts: On June 23, 2005, Plaintiffs applied for naturalization. On October 24, 2005, Plaintiffs were interviewed by the U.S. Citizenship and Immigration Services. On June 29, 2007,

CASE MANAGEMENT STATEMENT
No. C 07-3653 SBA                    1

Plaintiffs filed the instant Complaint. On October 10, 2007, Plaintiff Li was naturalized. Plaintiff Wang's name check remains pending.

3. Legal Issues: The principal legal issue the parties dispute is whether the Court should render a decision on Plaintiff Wang's naturalization application in the absence of a completed name check. Defendants also contend that Plaintiff Wang's claim is not properly before the Court because Plaintiffs are improperly joined.

4. Motions: None.

5. Amendment of Pleadings: None.

6. Evidence Preservation: None.

7. Disclosures: The parties agree that this Court's review will be confined to the administrative record and therefore this proceeding is exempt from the initial disclosure requirements under Fed. R. Civ. P. 26.

8. Discovery: There has been no discovery to date and the parties believe this matter can be resolved without discovery. No experts will be designated.

9. Class Actions: Not applicable.

10. Related Cases: None.

11. Relief: Plaintiff Wang asks that the Court hear her case and render a declaratory judgment that she is entitled to be naturalized. This case does not involve damages.

12. Settlement and ADR: The parties filed a Joint Request to Be Exempt From Formal ADR on November 7, 2007.

13. Consent to Magistrate Judge for All Purposes: Defendants do not consent to assignment of this case to a United States Magistrate Judge.

14. Other References: None.

15. Narrowing of Issues: None.

16. Expedited Schedule: The parties believe this matter can be solved through motions.

17. Scheduling: The parties suggest the following dates:

Defendants' Motion to Remand:		January 8, 2007

Plaintiff's Opposition:			January 22, 2007

CASE MANAGEMENT STATEMENT
No. C 07-3653 SBA                           2

Defendants' Reply:                                    January 29, 2007

The parties request the Court to take the matter under submission without oral argument. Should the Court desire oral argument, the parties respectfully suggest February 12, 2008, at 1:00 p.m.

18. Trial: Should the Court deny the motion to remand, the parties request the court to schedule a further case management conference to schedule a hearing date on Plaintiff's application for naturalization.

19. Disclosure of Non-party Interested Entities or Persons: None.

20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter: None.

Dated: November 20, 2007                              Respectfully submitted,

                                                      SCOTT N. SCHOOLS
                                                      United States Attorney


                                                      _____/s/_____
                                                      MELANIE L. PROCTOR[1]
                                                      Assistant United States Attorney
                                                      Attorneys for Defendants


Dated: November 20, 2007                              _____/s/_____
                                                      LIYONG LI
                                                      Pro Se


                                                      _____/s/_____
                                                      XIAOMING WANG
                                                      Pro Se

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The schedule set forth in the Case Management Statement is hereby adopted, and Defendants' Motion will be taken under submission at the close of briefing.. The Case Management Conference is VACATED.

Date: _____

                                                      _____
                                                      SAUNDRA B. ARMSTRONG
                                                      United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

CASE MANAGEMENT STATEMENT
No. C 07-3653 SBA                         3