1
2
3
4                          IN THE UNITED STATES DISTRICT COURT
5                        FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7    LIYONG LI,                                 No. C 07-03653 SBA
8            Plaintiff,                          **CLERK'S NOTICE**
9      v.
10   MICHAEL CHERTOFF,
11           Defendant.
                                          /
12
13   **Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this**
     **action, and initiate the telephone conference call.  Following service, Counsel shall file a**
14   **certificate of service with the Clerk of the Court.**
15           YOU ARE HEREBY NOTIFIED THAT due to the unavailability of the Court, the Case
     Management Conference set for November 28, 2007, has been continued to December 5, 2007, at
16   2:45 p.m.,via telephone.
17     Counsel shall file a Joint Case Management Conference Statement 10 days in advance of the Case
     Management Conference that complies with the Standing Order For All Judges Of The Northern
18   District Of California and the Standing Order of this Court.
19
20   Dated: 11/27/07                             FOR THE COURT,
                                                 Richard W. Wieking, Clerk
21
22                                               By: _Lisa R. Clark_____
23                                                   LISA R. CLARK
                                                     Courtroom Deputy
24
25
     To:
26
27
28

United States District Court
For the Northern District of California

1

2

3

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

4

LIYONG LI et al,

Case Number: CV07-03653 SBA

5

Plaintiff,

**CERTIFICATE OF SERVICE**

6

v.

7

MICHAEL CHERTOFF et al,

8

Defendant.

_____/

9

10  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
Court, Northern District of California.

11

12  That on November 27, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said
copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located

13  in the Clerk's office.

14

15

16  Liyong  Li
1144 Mount Whitney Street
Livermore,  CA 94551

17

18  Xiaoming  Wang
1144 Mount Whitney Street
Livermore,  CA 94551

19

20  Dated: November 27, 2007

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

2

United States District Court
For the Northern District of California

1

2

3

4              IN THE UNITED STATES DISTRICT COURT

5            FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7    LIYONG LI,                                No. C 07-03653 SBA

8              Plaintiff,                      **CLERK'S NOTICE**

9       v.

10   MICHAEL CHERTOFF,

11             Defendant.
     _____/

12

13   **Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this**
     **action, and initiate the telephone conference call.  Following service, Counsel shall file a**
14   **certificate of service with the Clerk of the Court.**

15          YOU ARE HEREBY NOTIFIED THAT due to the unavailability of the Court, the Case
     Management Conference set for November 28, 2007, has been continued to December 5, 2007, at
16   2:45 p.m.,via telephone.

17     Counsel shall file a Joint Case Management Conference Statement 10 days in advance of the Case
     Management Conference that complies with the Standing Order For All Judges Of The Northern
18   District Of California and the Standing Order of this Court.

19

20   Dated: 11/27/07                           FOR THE COURT,
                                                Richard W. Wieking, Clerk
21

22                                             By: _____
                                                   LISA R. CLARK
23                                                 Courtroom Deputy

24

25   To:

26

27

28

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LIYONG LI et al,

Case Number: CV07-03653 SBA

Plaintiff,

**CERTIFICATE OF SERVICE**

v.

MICHAEL CHERTOFF et al,

Defendant.
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 27, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Liyong  Li
1144 Mount Whitney Street
Livermore,  CA 94551

Xiaoming  Wang
1144 Mount Whitney Street
Livermore,  CA 94551

Dated: November 27, 2007

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

United States District Court
For the Northern District of California

2