SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LIYONG LI and XIAOMING WANG, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, III, Director of Federal Bureau of Investigation; CHRISTINA POULOS, Regional Director of California Service Center, U.S. Citizenship and Immigration Services; PETER D. KEISLER, United States Attorney General, <br><br> Defendants | No. C 07-3653 SBA <br><br> JOINT REQUEST FOR EXEMPTION FROM THE FORMAL ADR PROCESS |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

///

ADR CERTIFICATION
No. C 07-3653 SBA                     1

1   Here, the parties agree that referral to a formal ADR process will not be beneficial because
2   this action is limited to Plaintiffs' request for a hearing on their naturalization applications.  Given
3   the substance of the action and the lack of any potential middle ground, ADR will only serve to
4   multiply the proceedings and unnecessarily tax court resources.   Accordingly, pursuant to ADR
5   L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that
6   they be excused from participating in the ADR phone conference and any further formal ADR
7   process.

Dated: November 6, 2007                     Respectfully submitted,

                                            SCOTT N. SCHOOLS
                                            United States Attorney


                                            _____/s/_____
                                            MELANIE L. PROCTOR[1]
                                            Assistant United States Attorney
                                            Attorneys for Defendants



Dated: November 5, 2007                     _____/s/_____
                                            LIYONG LI
                                            Pro Se


                                            _____/s/_____
                                            XIAOMING WANG
                                            Pro Se

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date:  11/27/07                             *Saundra B Armstrong*
                                            SAUNDRA B. ARMSTRONG
                                            United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

ADR CERTIFICATION
No. C 07-3653 SBA                    2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LIYONG LI et al,

        Plaintiff,

v.

MICHAEL CHERTOFF et al,

        Defendant.

Case Number: CV07-03653 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 3, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Liyong Li
1144 Mount Whitney Street
Livermore, CA 94551

Xiaoming Wang
1144 Mount Whitney Street
Livermore, CA 94551

Dated: December 3, 2007

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

ADR CERTIFICATION
No. C 07-3653 SBA        3

SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LIYONG LI and XIAOMING WANG, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, III, Director of Federal Bureau of Investigation; CHRISTINA POULOS, Regional Director of California Service Center, U.S. Citizenship and Immigration Services; PETER D. KEISLER, United States Attorney General, <br><br> Defendants | No. C 07-3653 SBA <br><br> JOINT REQUEST FOR EXEMPTION FROM THE FORMAL ADR PROCESS |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

///

1  Here, the parties agree that referral to a formal ADR process will not be beneficial because
2  this action is limited to Plaintiffs' request for a hearing on their naturalization applications.  Given
3  the substance of the action and the lack of any potential middle ground, ADR will only serve to
4  multiply the proceedings and unnecessarily tax court resources.   Accordingly, pursuant to ADR
5  L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that
6  they be excused from participating in the ADR phone conference and any further formal ADR
7  process.

Dated: November 6, 2007                    Respectfully submitted,

                                           SCOTT N. SCHOOLS
                                           United States Attorney


                                                   /s/
                                           MELANIE L. PROCTOR[1]
                                           Assistant United States Attorney
                                           Attorneys for Defendants


Dated: November 5, 2007                            /s/
                                           LIYONG LI
                                           Pro Se


                                                   /s/
                                           XIAOMING WANG
                                           Pro Se

                              **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date:  11/27/07                            *Saundra B Armstrong*
                                           SAUNDRA B. ARMSTRONG
                                           United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

ADR CERTIFICATION
No. C 07-3653 SBA                          2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LIYONG LI et al,

        Plaintiff,

v.

MICHAEL CHERTOFF et al,

        Defendant.

Case Number: CV07-03653 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 3, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Liyong Li
1144 Mount Whitney Street
Livermore, CA 94551

Xiaoming Wang
1144 Mount Whitney Street
Livermore, CA 94551

Dated: December 3, 2007

                              Richard W. Wieking, Clerk
                              By: LISA R CLARK, Deputy Clerk

ADR CERTIFICATION
No. C 07-3653 SBA                   3