1 | SCOTT N. SCHOOLS (SC 9990)
United States Attorney
2 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 | MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
6 | Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LIYONG LI and XIAOMING WANG, | No. C 07-3653 SBA |
| Plaintiffs, | |
| v. | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, III, Director of Federal Bureau of Investigation; CHRISTINA POULOS, Regional Director of California Service Center, U.S. Citizenship and Immigration Services; PETER D. KEISLER, United States Attorney General, | STIPULATION TO DISMISS; PROPOSED ORDER |
| Defendants | |

Plaintiffs, Pro Se, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff Wang's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

//

STIPULATED DISMISSAL
No. C 07-3653 SBA                1

1  Each of the parties shall bear their own costs and fees.

2  Dated: December 4, 2007                    Respectfully submitted,

3                                              SCOTT N. SCHOOLS
                                               United States Attorney
4

5                                              _____/s/_____
                                               MELANIE L. PROCTOR[1]
6                                              Assistant United States Attorney
                                               Attorneys for Defendants
7

8
   Dated: December 4, 2007                    _____/s/_____
9                                              LIYONG LI
                                               Pro Se
10

11                                             _____/s/_____
                                               XIAOMING WANG
12                                             Pro Se

13
                                    **ORDER**
14
        Pursuant to stipulation, IT IS SO ORDERED.
15

16

17 Date:                                       _____
                                               SAUNDRA B. ARMSTRONG
18                                             United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
No. C 07-3653 SBA                    2