1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
6  Telephone: (415) 436-6730
   FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                              OAKLAND DIVISION
11

12 LIYONG LI and XIAOMING WANG,        )    No. C 07-3653 SBA
                                       )
13            Plaintiffs,              )
                                       )
14     v.                              )
                                       )
15 MICHAEL CHERTOFF, Secretary of the  )    STIPULATION TO DISMISS AND
   Department of Homeland Security;    )    ORDER
16 EMILIO T. GONZALEZ, Director of U.S.)
   Citizenship and Immigration Services;)
17 ROBERT S. MUELLER, III, Director of )
   Federal Bureau of Investigation;    )
18 CHRISTINA POULOS, Regional Director )
   of California Service Center, U.S.  )
19 Citizenship and Immigration Services;)
   PETER D. KEISLER, United States     )
20 Attorney General,                   )
                                       )
21            Defendants               )
                                       )
22 _____)

23      Plaintiffs, Pro Se, and Defendants, by and through their attorneys of record, hereby stipulate,

24 subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in

25 light of the fact that the United States Citizenship and Immigration Services is now prepared to

26 adjudicate Plaintiff Wang's application for naturalization and agrees to do so within 30 days of the

27 dismissal of this action.

28 //

STIPULATED DISMISSAL
No. C 07-3653 SBA                          1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: December 4, 2007                                  Respectfully submitted,

3 |                                                          SCOTT N. SCHOOLS
  |                                                          United States Attorney
4 |

5 |                                                          _____/s/_____
  |                                                          MELANIE L. PROCTOR[1]
6 |                                                          Assistant United States Attorney
  |                                                          Attorneys for Defendants
7 |

8 |
  | Dated: December 4, 2007                                  _____/s/_____
9 |                                                          LIYONG LI
  |                                                          Pro Se
10 |

11 |                                                         _____/s/_____
   |                                                         XIAOMING WANG
12 |                                                         Pro Se

13 |
                                          **ORDER**
14 |
        Pursuant to stipulation, IT IS SO ORDERED.
15 |

16 |

17 | Date:   12/4/07                                         *Saundra B Armstrong*
                                                             SAUNDRA B. ARMSTRONG
18 |                                                         United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
No. C 07-3653 SBA                              2